## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1932 | **DATE** | 4/24/08 |
| **CASE TITLE** | Feghali v. Custom Cullinary | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 6/10/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|