## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1932 | **DATE** | 6/26/2008 |
| **CASE TITLE** | Feghali vs. Custom Culinary | | |

**DOCKET ENTRY TEXT**

Status hearing held. Expert discovery ordered closed on 12/23/08. Pretrial conference set for 6/3/09 at 1:30 p.m. Jury trial set for 6/8/09 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|