IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH FEGHALI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:08-CV-1932 |
| vs. | ) |
| | ) |
| CUSTOM CULINARY, d/b/a | ) |
| GRIFFITH LABORATORIES, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF AGREED MOTION**

TO:  Joshua N. Karmel              Randal B. Gold
     The Karmel Law Firm           Fox & Fox, S.C.
     221 North LaSalle Street      124 West Broadway
     Suite 1414                    Monona, WI  53716
     Chicago, IL  60601

**PLEASE TAKE NOTICE** that on Tuesday, August 19, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Defendants Custom Culinary, Inc., and Griffith Laboratories U.S.A., Inc., shall appear before the Honorable John D. Darrah or any judge sitting in his place, in the courtroom usually occupied by him in Room 1203, Dirksen Federal Building, Chicago, Illinois, and then and there present Defendants' **Agreed Motion For Leave To File Amended Answers Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure**, a copy of which is hereby served upon you.

Dated:  July 3, 2008.

                              Respectfully submitted,
                              GRIFFITH LABORATORIES U.S.A., Inc.,
                              and CUSTOM CULINARY, Inc.,
                              Defendants.

                              /s/ Joshua J. Heidelman
                              Joshua J. Heidelman

John P. Morrison
Joshua J. Heidelman
Bell, Boyd & Lloyd LLP
70 W. Madison, Suite 3100
Chicago, IL  60602
312-372-1121

455089/E/1

## CERTIFICATE OF SERVICE

  I, Joshua J. Heidelman, an attorney, certify that, on July 3, 2008, I electronically filed the above Notice of Agreed Motion with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Joshua N. Karmel
The Karmel Law Firm
221 North LaSalle Street
Suite 1414
Chicago, IL  60601

Randal B. Gold
Fox & Fox, S.C.
124 West Broadway
Monona, WI  53716

              /s/ Joshua J. Heidelman
                Joshua J. Heidelman

455089/E/1