# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1932 | **DATE** | 7/8/08 |
| **CASE TITLE** | Feghali v. Custom Culinary | | |

**DOCKET ENTRY TEXT:**

Defendants' motion for leave to file amended answers [14, 15] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|